UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Division:  Dallas
1100 Commerce Room 1452
Dallas, TX. 75242-1003

9/11/06

Clerk of Court
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington DC  20001

SUBJECT:  Johnson vs. Natl Assoc of Securities Dealers Inc.  our # 3-06-cv-1293-P, your # 1-06-1556

Dear Deputy Clerk:

The above action has been transferred to your court.

Enclosed is a certified copy of the transfer order and docket sheet. You may access electronically filed documents at our DCN CM/ECF web address: https://ecf.txnd.uscourts.gov. A guest login and password may be found on our website at: http://ntnet.txnd.circ5.dcn/pdf/irc/guest_login.pdf.

Once logged into our CM/ECF database, you can query the case and download or print the PDFs for your court's file. If you find our headers at the top of each document to be a problem, they can be removed by going through Utilities, Maintain Your Account, and turning off the PDF Header before you download or print the documents.

Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt of the certified copy of the transfer order, docket sheet and original documents, if any, by email to the Intake Section of the appropriate division:

**TXNDml_Dallas Intake**

Please reference our case number and brief style in the subject of your email acknowledgment.

Sincerely,
KAREN MITCHELL
Clerk of Court