CLOSED, ECF, JURY, SANDERSON, STAYED, TDIS

## U.S. District Court
### Northern District of Texas (Dallas)
### CIVIL DOCKET FOR CASE #: 3:06-cv-01293
### Internal Use Only

Johnson v. National Association of Securities Dealers, Inc.
Assigned to: Judge Jorge A Solis
Cause: 28:1332 - Diversity: Securities & Exchange Commiss

Date Filed: 07/20/2006
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Brian Johnson**  represented by  **Jason L Horton**
Crisp Boyd Poff Schubert & Burgess
PO Box 6297
2301 Moores Ln
Texarkana, TX 75505-6297
903/838-6123
Fax: 903/832-8489
Email: jhorton@cbplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark C Burgess**
Crisp Boyd Poff Schubert & Burgess
PO Box 6297
2301 Moores Ln
Texarkana, TX 75505-6297
903/838-6123
Fax: 903/832-8489
Email: mburgess@cbplaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**National Association of Securities Dealers, Inc.**  represented by  **Thomas C McGraw**
Gibson Dunn & Crutcher - Dallas
2100 McKinney Ave
Suite 1100
Dallas, TX 75201
214/698-3133
Fax: 214/571-2937 FAX
Email: tmcgraw@gibsondunn.com
*LEAD ATTORNEY*

Certified a true copy of an instrument on file in my office on 9/11/06
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

*ATTORNEY TO BE NOTICED*

**John F Guild**
Gibson Dunn & Crutcher - Dallas
2100 McKinney Ave
Suite 1100
Dallas, TX 75201
214/698-3182
Email: jguild@gibsondunn.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2006 | 1 | NOTICE OF REMOVAL from 44th Judicial District Court of Dallas County, Texas, case number DC-06-06520 filed by National Association of Securities Dealers, Inc.. (Filing fee $ 350.00; receipt number 2477)(lmr, ) (Entered: 07/20/2006) |
| 07/20/2006 | 2 | CERTIFICATE OF INTERESTED PERSONS by National Association of Securities Dealers, Inc. (lmr, ) (Entered: 07/20/2006) |
| 07/20/2006 |  | ***Magistrate Judge Sanderson Jr chosen by random selection to handle matters that may be referred in this case. (lmr, ) (Entered: 07/20/2006) |
| 07/20/2006 |  | ***Attorney Jason L Horton for Brian Johnson, Mark C Burgess for Brian Johnson added. (jyg, ) (Entered: 07/21/2006) |
| 07/20/2006 |  | DEMAND for Trial by Jury by Brian Johnson in state court. (jyg, ) (Entered: 07/21/2006) |
| 07/20/2006 | 3 | Order Designating Case for ECF - see order for specifics. (jyg, ) (Entered: 07/21/2006) |
| 07/27/2006 |  | *** Mailed a letter to Jason L. Horton and Mark C. Burgess regarding their non-admission status to the NDTX. (cab, ) Modified on 8/1/2006 (cab, ). (On July 28th, I spoke with Mr. Horton. Since this is a 'mdl' case, I have modified Mr. Horton and Mr. Burgess to 'mdl' per the Federal Rules of Civil Procedure.) (Entered: 07/27/2006) |
| 07/27/2006 | 4 | Unopposed MOTION to Stay *NASD's Unopposed Motion to Stay Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation* by National Association of Securities Dealers, Inc. with Memorandum of Law In Support. (McGraw, Thomas) (Entered: 07/27/2006) |
| 07/27/2006 | 5 | Brief/Memorandum in Support filed by National Association of Securities Dealers, Inc. re 4 Unopposed MOTION to Stay *NASD's Unopposed Motion to Stay Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation Memorandum of Law in Support of NASD's Unopposed Motion to Stay Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation* (Attachments: # 1 Appendix)(McGraw, Thomas) (Entered: |

| | | |
|---|---|---|
| | | 07/27/2006) |
| 07/28/2006 | 6 | ORDER granting 4 Defendant's Unopposed Motion to Stay. (Signed by Judge Jorge A Solis on 7/28/06) (klm, ) (Entered: 07/28/2006) |
| 09/05/2006 | 7 | Order Directing Administrative Closure. However, nothing in this Order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party or the Court may initiate such further proceedings in the same manner as if this Order had not been entered. (Signed by Judge Jorge A Solis on 9/5/06) (jrb, ) Modified on 9/5/2006 (jrb, ). (Entered: 09/05/2006) |
| 09/08/2006 | 8 | Conditional Transfer Order (CTO-2). Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 FRD 425, 435-36 (2001), this action is transferred under 28 USC Section 1407 to the District of Columbia for the reasons stated in the order of June 27, 2006, and, with the consent of that court, assigned to the Honorable John D Bates. (Signed by Jeffery N Luthi, Clerk of the Panel on 8/28/06) (jrb, ) (Entered: 09/11/2006) |
| 09/08/2006 | | ***Set/Clear Flags (jrb, ) (Entered: 09/11/2006) |
| 09/11/2006 | 9 | Cerified copy of the transfer order, docket sheet and a copy of the transfer letter sent to District of Columbia. (jrb, ) (Entered: 09/11/2006) |