**A CERTIFIED TRUE COPY**

AUG 2 8 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 0 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1772*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

*IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION*

SEP – 8 2006

*Brian Johnson v. National Association of Securities Dealers, Inc., N.D. Texas,*
*C.A. No. 3:06-1293-P*

CLERK, U.S. DISTRICT COURT
By _____ δυc
                    Deputy

*CONDITIONAL TRANSFER ORDER (CTO-2)*

On June 27, 2006, the Panel transferred five civil actions to the United States District Court for the District of District of Columbia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ____F.Supp.2d____ (J.P.M.L. 2006). Since that time, five additional actions have been transferred to the District of District of Columbia. With the consent of that court, all such actions have been assigned to the Honorable John D. Bates.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of District of Columbia and assigned to Judge Bates.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of District of Columbia for the reasons stated in the order of June 27, 2006, and, with the consent of that court, assigned to the Honorable John D. Bates.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of District of Columbia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By
                    Deputy Clerk

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Certified a true copy of an instrument
on file in my office on ___ 9/1/06
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy