

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRIAN JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO. _____<br>306-CV1293-P |

**CERTIFICATE OF INTERESTED PERSONS OF
<u>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.</u>**

Defendant National Association of Securities Dealers, Inc. ("NASD"), pursuant to Local Rule 3.1(f) and Local Rule 81.1(a)(3)(D), certifies to this Court that the following is a list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of the case:

1) Brian Johnson, Plaintiff; and

2) National Association of Securities Dealers, Inc., Defendant.

DATE: July 20, 2005.

Respectfully submitted,
GIBSON, DUNN & CRUTCHER LLP

By: _____
Thomas C. McGraw
State Bar No. 13653700
TMcGraw@gibsondunn.com
John Franklin Guild
State Bar No. 24041022
JGuild@gibsondunn.com

2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Telephone: (214) 698-3133
Facsimile: (214) 571-2937

ATTORNEYS FOR NATIONAL ASSOCIATION
OF SECURITIES DEALERS, INC.

OF COUNSEL:
F. Joseph Warin
William M. Jay
Jennifer J. Schulp
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-9500
Fax: (202) 467-0539

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Certificate of Interested Persons has been served on counsel for Plaintiff, Brian Johnson, by first class mail, correct postage prepaid, and by facsimile on this 20th day of July, 2006 as follows:

Jason L. Horton
Mark C. Burgess
CRISP, BOYD, POFF, SCHUBERT & BURGESS L.L.P.
2301 Moores Lane
Post Office Box 6297
Texarkana, Texas 75505-6297
Telephone: 903-838-6123
Facsimile: 903-832-8489

_____
John Franklin Guild