IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BRIAN JOHNSON,<br><br>      Plaintiff,<br><br>  v.<br><br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS, INC.,<br><br>      Defendant. | CIVIL ACTION NO. 3:06-CV-1293<br><br>ECF |

### NASD'S UNOPPOSED MOTION TO STAY PENDING A TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Defendant National Association of Securities Dealers, Inc. ("NASD"), hereby moves the Court for a temporary stay in the above-captioned case, pending a decision by the Judicial Panel on Multidistrict Litigation concerning whether to transfer this case to the U.S. District Court for the District of Columbia.  Counsel for Plaintiff has agreed to this Motion and consented to a stay in this case.  Because counsel for Plaintiff is not yet admitted to practice in this Court and has not yet determined how best to comply with this Court's rules concerning attorneys not admitted to practice, the attached Proposed Order is submitted without the formal signature of Plaintiff's counsel.

This Motion is supported by the accompanying Memorandum of Law and by the accompanying Appendix of Exhibits.

Dated: July 27, 2006

                                      Respectfully submitted,
                                      GIBSON, DUNN & CRUTCHER LLP


                                      By: s/ Thomas C. McGraw
                                           Thomas C. McGraw
                                           State Bar No. 13653700
                                           TMcGraw@gibsondunn.com
                                           John Franklin Guild
                                           State Bar No. 24041022
                                           JGuild@gibsondunn.com

                                      2100 McKinney Avenue, Suite 1100
                                      Dallas, Texas 75201
                                      Telephone: (214) 698-3133
                                      Facsimile: (214) 571-2937
                                      ATTORNEYS FOR DEFENDANT

OF COUNSEL:
F. Joseph Warin
William M. Jay
Jennifer J. Schulp
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-9500
Fax: (202) 467-0539

Case 3:06-cv-01562-B Document 43-7 Filed 07/27/2006 Page 2 of 4

**CERTIFICATE OF CONFERENCE**

I, John Franklin Guild, am a member of the firm of Gibson, Dunn & Crutcher LLP ("GD&C"), 2100 McKinney Avenue, Suite 1100, Dallas, Texas 75201, counsel for defendant National Association of Securities Dealers, Inc. ("NASD").

I certify that on July 24, 2006, William M. Jay, an attorney in GD&C's office located at 1050 Connecticut Avenue, Washington, D.C. 20036, conferred with Jason L. Horton of Crisp, Boyd, Poff, Schubert & Burgess, L.L.P., counsel for Plaintiff, regarding NASD's motion to stay.

Mr. Horton advised Mr. Jay that Plaintiff is unopposed to NASD's motion to stay. Because counsel for Plaintiff is not yet admitted to practice in this Court and has not yet determined how best to comply with this Court's rules concerning attorneys not admitted to practice, the attached Proposed Order is submitted without the formal signature of Plaintiff's counsel.

The motion is, therefore, submitted to the Court for determination.

Executed this 27th day of July, 2006.

                                                       s/John Franklin Guild
                                                       John Franklin Guild

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July, 2006, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the foregoing document by mailing and sending by facsimile a copy to the following individuals:

Jason L. Horton
Mark C. Burgess
CRISP, BOYD, POFF, SCHUBERT & BURGESS L.L.P.
2301 Moores Lane
Post Office Box 6297
Texarkana, Texas  75505-6297
Telephone:    903-838-6123
Facsimile:    903-832-8489

s/ John Franklin Guild
John Franklin Guild