IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRIAN JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | NO. 3:06-CV-1293-P |
| | § | |
| NATIONAL ASSOCIATION OF | § | |
| SECURITIES DEALERS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant NASD's Unopposed Motion to Stay is GRANTED, and it is ORDERED that this case is STAYED pending a decision by the Judicial Panel on Multidistrict Litigation concerning whether to transfer this case to the U.S. District Court for the District of Columbia. Defendant's answer or other responsive pleading shall be due 14 days from the date of any order by the Judicial Panel on Multidistrict Litigation denying transfer. This order shall not preclude Plaintiff from filing a motion to remand.

SO ORDERED this 28th day of July 2006.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE