IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRIAN JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | NO. 3:06-CV-1293-P |
| | § | |
| NATIONAL ASSOCIATION OF | § | |
| SECURITIES DEALERS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF ADMINISTRATIVE CLOSURE

Pursuant to the Conditional Transfer Order Docket No. 1772 filed by the Judicial Panel on Multidistrict Litigation on August 10, 2006, the Court has determined that there appears to be no further reason at this time to maintain this case as open. The Clerk is therefore instructed to submit JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

However, nothing in this Order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party or the Court may initiate such further proceedings in the same manner as if this Order had not been entered.

**IT IS SO ORDERED.**

**SIGNED** this 5th day of September 2006.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE